UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO. 6:14-cr-232-CEM-EJK

KYLE JENNINGS
_____/

ORDER

This matter was referred to the undersigned for a competency hearing by the presiding District Judge. (Doc. 142.) At a status conference on November 28, 2022, prior counsel for Defendant Kyle Jennings represented to the Court that, based on her review of records attached to Defendant's sealed sentencing memorandum, counsel believed that Mr. Jennings might be mentally incompetent. At that hearing, Mr. Jennings requested additional time to secure new counsel, which the Court allowed, and he renewed the request at a December 5, 2022, hearing (Doc. 147). On December 13, 2022, Defendant's present counsel entered an appearance (Doc. 149), and at a hearing on December 14, 2022, counsel requested that he be allowed additional time to have Defendant evaluated (Doc. 150). Accordingly, the undersigned set a status conference in this case for January 18, 2023.

On December 21, 2022, Defendant filed, under seal, an evaluation from Dr. Joseph L. Trim, Ed.D., LMHC, DCMHS. (Doc.153.) Dr. Trim evaluated Defendant on December 16, 2022, and determined that Defendant "understand[s] his current circumstances, the role of his attorney, the prosecutor, the judge, and is capable of

participating in his defense." (*Id.*) Based on Dr. Trim's report, Defendant argues that he is competent to proceed and has moved the Court to cancel the status hearing set for January 18, 2023. (Doc. 155.) The United States does not oppose the motion. (*Id.*)

Upon review of Dr. Trim's report, and in light of the positions of the parties, the undersigned determines that there is not reasonable cause to believe that Defendant Kyle Jennings "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Accordingly, the status conference of January 18, 2023, is **CANCELED**, and the undersigned determines that no further competency proceedings need to occur.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE